# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| KEVIN BURTON, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| -vs- | )   Case No. CIV-12-1132-F |
| | ) |
| MR. UPTON, Warden, | ) |
| | ) |
| Respondent. | ) |

## ORDER

On November 30, 2012, United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation, wherein he recommended that petitioner, Kevin Burton's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 be summarily denied.

Presently before the court is petitioner's timely objection to the Report and Recommendation. In accordance with 28 U.S.C. § 636(b)(1), the court has conducted a *de novo* review of the matter. Having done so, the court concurs with the analysis and recommendation of Magistrate Judge Purcell. The court finds petitioner's arguments in his objection to be without merit. The court therefore accepts, adopts and affirms Magistrate Judge Purcell's Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Gary M. Purcell on November 30, 2012 (doc. no. 6) is **ACCEPTED**, **ADOPTED** and **AFFIRMED**.

Petitioner, Kevin Burton's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 is summarily **DENIED**.

Judgment shall issue forthwith.

DATED December 20, 2012.

                                              STEPHEN P. FRIOT
                                              UNITED STATES DISTRICT JUDGE

12-1132p001.wpd